IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. PROFFITT,

    Plaintiff,                      No. CIV S-09-0821 DAD

    vs.

SUPERIOR COURT OF THE STATE
OF CALIFORNIA, et al.,              ORDER AND

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on March 25, 2009. The court's own records reveal that on March 2, 2009, plaintiff had previously initiated an action by filing a document setting forth similar allegations concerning his criminal trial in Shasta County. (No. CIV S-09-0610 GGH ).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint in this action be dismissed.[2]

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] On March 27, 2009, plaintiff was ordered to file a complaint in case number CIV S-09-0610 GGH. Plaintiff is advised to set forth all his civil rights claims in the complaint filed in that action and to use the case file number, CIV S-09-0610 GGH, for all future filings.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

Also, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
prof0821.23